# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**JEFFREY STARK,**

       **Plaintiff,**

**v.**                              **Case No. 1:17cv81-MW/GRJ**

**ROSE ANNA RUTLEDGE,**

       **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 6.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction and failure to state a claim."  The Clerk shall close the file.

**SO ORDERED on June 12, 2017.**

                             **s/Mark E. Walker**_____
                             **United States District Judge**